UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                  Criminal No. 97-091 (JAF)

JEANNETTE SOTOMAYOR-VAZQUEZ,

        Defendant.

O R D E R

We finally reach the November 12, 1999, motion by Attorney Francisco Rebollo-Casalduc, seeking reconsideration of sanctions imposed on May 21, 1998.  See Docket Document No. 1031.

The long time elapsed between the filing of the motion and the present resolution obeys to the fact that this case remained active and litigious directly and collaterally until very recent times.  It was only prudent not to act until the last stages of this unusual criminal litigation had ended, and the collateral third-party criminal litigation against other actors for obstruction of justice had concluded.

Without hesitation, we can say that Attorney Rebollo-Casalduc's actions in this case never changed our opinion about his good character, moral fitness, and legal abilities.  While remaining convinced that he acted motivated by the peer pressure of a jointly-undertaken defense, it is also true that the shock of the sanction

Criminal No. 97-091 (JAF)                                           2-

immediately brought about a reality check that led Mr. Rebollo to admit, as a responsible professional, that other courses of action would have been more prudent.

The original sanctions had to be evenly handed out against those attorneys involved in the conduct the court found objectionable. However, we recognize that Mr. Rebollo was the only one to meet the consequences and seek professional forgiveness from the offended party. Mr. Rebollo, thus, acted like the honest, serious professional he is. Therefore, it is only fair that, after so many years of patiently waiting for this case to conclude, he be duly recognized for what he consistently is, a decent professional in every sense of the word.

The written sanction and censure previously imposed is **vacated** in recognition of Mr. Rebollo's honesty and courage in dealing with the situation and facts that brought about the original sanction.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 15th day of August, 2005.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
U. S. District Judge

POLICÍA Y TRIBUNALES
NUEVO DÍA / jueves, 18 de agosto de 2005



# Kourí reclama una reducción mayor

### Por Carmen Edith Torres
End.ctorres@elnuevodia.com

LA REDUCCIÓN de sentencia que recibió el médico Yamil Kourí por su cooperación con las autoridades federales fue mínima, de apenas unos meses menos en prisión.

Por eso, Kourí subió ante el Primer Circuito de Apelaciones en Boston su caso para que ese foro revise la determinación del juez federal José A. Fusté de bajarle la sentencia tan sólo unos meses.

Después de resultar convicto por fraude en el Instituto del Sida de San Juan en

2003.

Ante la rebaja de sentencia -sólo de meses- concedida por el juez Fusté, Yamil Kourí (al lado) acudió al Primer Circuito de Apelaciones de Boston para que se revise la determinación.

1998, Kourí entró en negociaciones con el Departamento de Justicia federal para revelar la fabricación de pruebas, documentos y materiales audiovisuales que se presentaron durante su juicio. A cambio las autoridades federales recomendarían al tribunal una reducción en la sentencia originalmente impuesta a Kourí, de 168 meses en prisión.

Durante varios años, Kourí estuvo cooperando con los federales y llegó a testificar en el juicio contra su ex asesor corporativo Héctor Márquez y el médico Rafael Pagán Santini celebrado en el 2003.

SIN EMBARGO, durante ese juicio fueron evidentes las dificultades de la Fiscalía federal para rehabilitar a Kourí como un testigo creíble, ya que la mayoría de los cargos contra Márquez, que dependían del testimonio de Kourí, no fueron creídos por el jurado.

Márquez sólo fue declarado culpable

por un delito de conspiración.

En el juicio de Márquez y Pagán Santini, Kourí dejó entrever que su abogado en el caso del Instituto del Sida, Benny Frankie Cerezo, participó en la fabricación de prueba para el juicio.

Inicialmente, Fusté denegó la petición de Kourí para rebaja de sentencia. Pero, en revisión, el juez solamente redujo la sentencia unos meses -que no pasan de ocho meses-, supo El Nuevo Día.

Kourí permanece confinado en una institución en Carolina del Norte.

Precisamente, la fabricación de prueba en el juicio del Instituto del Sida fue la razón por la cual el juez federal Fusté impuso sanciones escritas y monetarias a cuatro abogados en el caso: Cerezo, Joaquín Monserrate Matienzo, Francisco Rebollo Casalduc y Yolanda Collazo.

En una orden emitida esta semana, Fusté dejó sin efecto la sanción únicamente sobre Rebollo Casalduc.



Date vida de soltero.



EDITORES EL DIA, INC./ LOTES 11 & 12. CARR. 24 y/o 165, PARQUE INDUSTRIAL AMELIA, GUAYNABO, P.R. 00968 / TEL. 641-8000
PO BOX 9067512, SAN JUAN, P.R. 00906-7512

26 de agosto de 2005

Lic. Joaquín Monserrate-Matienzo
606 Avenida Muñoz Rivera
San Juan, PR  00918-3632

Estimado Juaco:

Recibí tu carta en la que me informas del error que cometió El Nuevo Día en relación a tu actuación profesional en el caso del Instituto del SIDA.

Agradezco que me escribieras haciéndome notar el error, lo que nos permitió, siguiendo la política del periódico, aclararlo el pasado sábado 20 de agosto.

Te acompaño una copia de la aclaración, que como verás se publicó en la página 3 de El Nuevo Día.

Como sabes estamos a tus órdenes. Siempre te recuerdo con mucho afecto.

Cordialmente,

Antonio Luis Ferré
Presidente y Editor

Lotería
Electrónica

Pega 2 29
Pega 3 862
Pega 4 4536
Loto 07-16-21-25-34-42
Revancha 01-06-12-34-35-39

Los números publicados deben ser
verificados con la Lotería Electrónica

# BUEN DÍA

sábado, 20 de agosto de 2005 / EL NUEVO DÍA

## Hoy en dos minutos

**Indemnizan por Vioxx**
Un tribunal de Texas
concedió $253.4 millones
a la viuda de un hombre
que tomaba Vioxx y
murió.
*Página 10*

**El arte del mundillo**
Conozca a Emma Vélez,
una de las reinas del
mundillo y que da clases
gratuitas a todo el que
esté disponible, en
Barranquitas.
*Página 56*

**Asoma alza en el taxi**
Piden los taxistas a la
Compañía de Turismo un
reajuste en las tarifas por
el alza en la gasolina.
*Página 98*

**Campeonato mundial**
El ponceño Alex "El
Nene" Sánchez busca hoy
el cetro minimosca de la
OMB frente al mexicano
Hugo Cázares.
*Página 109*



*¡Vivo de milagro! De alta Peter Hance, tras varias semanas en el hospital a causa de un aparatoso accidente. Página 76*

## Figura del momento

### Benedicto XVI

**SE CONVIRTIÓ** en el segundo Papa que visita una sinagoga.
La primera visita la hizo Juan Pablo II en 1986, con el
propósito de animar asperezas entre católicos y judíos. La
visita del Santo Pontífice se dio ayer en Colonia, Alemania,
como parte del "World Youth Day" que reúne a jóvenes
católicos de todo el mundo. En dicha sinagoga, recons-
truida en la década del cincuenta tras haber sido destruido
el templo por los nazis en 1938, fue que Adolfo Hitler
ordenó el exterminio de judíos y de miembros de otras
minorías. El Papa fue miembro de la Juventud Hitleriana y
más adelante desertó del ejército alemán al final de la
Segunda Guerra Mun-
dial. "Hoy, lamenta-
blemente, somos
testigos del surgi-
miento de nuevas
señales de antisemi-
tismo y de varias
formas de hostilidad
general hacia los
extranjeros", dijo el
Papa desde el púl-
pito de la sinagoga
donde fue recibido
por el rabino Ne-
tanel Teitelbaum.



### El sondeo de endi.com

¿Qué opina de que se hayan adiestrado
miembros de la Guardia Nacional para
acarrear gasolina en caso de un nuevo paro
de camioneros?

- **Estoy de acuerdo**
(720 votos)
- **No estoy de acuerdo**
(317 votos)
- **No conozco el tema**
(8 votos)

**Total de votos
acumulados:** 1045

0.8%
30.3%

**La pregunta de hoy:**  ¿Qué opina de la designa-
ción de Alfredo Salazar como
presidente interino del Ban-
co Gubernamental de Fo-
mento, tras la renuncia de
William Lockwood Benet?

Esto no es un sondeo científico, refleja el sentir de los que entraron
a endi.com a través de sus computadoras

**Conéctate al Internet con PR Digital, la mejor
conexión por sólo $13.00. 787-620-4910**

## ENTRELÍNEAS

### Curso Deportes 101

Desde la fundación de la Liga de
Béisbol Profesional de Puerto Rico en
1938, los Leones de Ponce han estado
activos de forma ininterrumpida en la
liga, habiendo obtenido 10 campeo-
natos nacionales, el más reciente en la
temporada 2004. Junto al equipo de
Baloncesto Superior, han sido los sím-
bolos deportivos de la Ciudad Señorial
por más de 60 años. Sin embargo,
parece que el alcalde Francisco Zayas
Seijo y el presidente de la Asamblea
Municipal, Waldemar Vélez Silvagnoli,
conocen muy poco, o nada, de la
historia deportiva de su ciudad. En una
entrevista con el periódico regional La
Perla del Sur y mientras anunciaba a
bombo y platillos que Ponce sería la
sede en mayo próximo de los Juegos
Iberoamericanos, Zayas Seijo afirmó
que las millonarias mejoras al estadio
Paquito Montaner iban a ser muy útiles
también para el equipo Leones de
Ponce del Béisbol Doble A. Vélez Sil-
vagnoli, por su parte, dijo que las
remodelaciones al estadio favorecerán
a los Leones de Ponce de la Doble A, ya
que los trabajos finalizarán en enero.
Para información de ambos, desde ha-
ce más de dos décadas Ponce no tiene
franquicia en el béisbol Doble A y las
remodelaciones al estadio Montaner
colocan en el limbo al equipo profe-
sional que tendrá que jugar como
nómada durante gran parte del tor-
neo, o buscar una sede alterna a toda
prisa ya que la temporada iniciará el 11
de noviembre.

### Aclara Familia

En relación al Entrelíneas publicado
ayer en el cual se menciona el caso de
una madre sustituta que alega no ha-
ber recibido el pago por los servicios de
cuidado a seis jóvenes que están bajo su
custodia física, Familia indica: "La lec-
tora debe tener la certeza de que en el
Departamento de la Familia estamos
comprometidos con agilizar y asegurar
el pago a todos los hogares sustitutos.
Nuestro trabajo y responsabilidad es
asegurar que nuestros niños y niñas
reciban amor y tengan los mejores
servicios de cuidado. Casos como (el
publicado) son la excepción a la norma.
Se trata de pagos que no se pueden
distribuir dentro del término estable-
cido por diversas razones, muchas veces
por falta de información o la iden-
tificación incorrecta al momento de
realizar el pago", dijo la secretaria,
Yolanda Zayas al tiempo que exhorta a
la madre sustituta a comunicarse a
través del 787-294-4900, extensiones,
3018, 3020 y 3023.

### Cero padrinos en Educación

Los nombramientos en la Secretaría
Auxiliar de Servicios Educativos a la
Comunidad y en Servicios al Estudiante
fueron hechos por el subsecretario pa-
ra Asuntos Académicos, Waldo Torres,
luego de una rigurosa evaluación de la
preparación y experiencia de los can-
didatos. "De ninguna forma estos
nombramientos responden a padrinos

o amiguismos como se indicó en un
Entrelíneas publicado el 12 de agosto
de 2004", dijo un funcionario.

### Aclaración

Las sanciones escritas y monetarias
impuestas por el juez federal José A.
Fusté a los abogados Francisco Rebollo,
Joaquín Monserrate Matienzo, Yolan-
da Collazo y Benny Frankie Cerezo en el
caso por fraude en el desaparecido
Instituto del Sida de San Juan, en 1998,
no tuvieron vínculo alguno con las
alegaciones de fabricación de prueba
presentada en el juicio, como se in-
formó en notas publicadas en la sección
de Policía y Tribunales, en las ediciones
del 17 y 18 de agosto pasado. Esas
reprimendas profesionales fueron fija-
das por un escrito suscrito por los
cuatro abogados, que contenía alu-
siones al origen familiar de una de las
fiscales del caso. Fusté levantó las san-
ciones a Rebollo. Monserrate Matienzo
no estuvo relacionado con la prueba
presentada en juicio, ya que se retiró
del caso antes del proceso final. En
órdenes judiciales posteriores a esas
sanciones, Fusté reconoció las eje-
cutorias y honestidad profesional de
Rebollo y Monserrate Matienzo.

El Nuevo Día se compromete a rectificar aquellos
errores que así lo ameriten. Envíe su aclaración al
P.O. Box 9067512, San Juan P.R. 00906-7512, o
llame al (787) 641-7600.

### Dígalo así

El plural de menú es
menús.

**MEMBRESÍAS**



GDA   SIP   WAN

PREMIO ORTEGA Y GASSET 2004

**Cuadro General:**
787- 641-8000

**Circulación:** 787- 641-8800

Clasificados: 787 641 8800

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,                     Case No. 97-91

                    Plaintiff,

VS

YAMIL KOURI-PEREZ, et al.,

                    Defendants.

_____\



TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE JOSE A. FUSTE

February 25, 1998

HEARING

1

25 FEB98

1   Dominguez, in response to Ms. Ramos' motion or oral

2   exposition, that you are ready to try this case and you

3   oppose any continuance, is that correct?

4        MS. DOMINGUEZ:  The government is ready to try this

5   case.  I don't believe that diligent efforts were made to

6   access discovery in this case.  I believe that the

7   inventory has been available for months and there was no

8   attempt to go through the inventory when produced.  We

9   are back now to the same efforts of reviewing the

10  inventory in order to get the boxes.

11       While Mr. Cerezo just complained of a two week lag

12  that allegedly Mr. Monserrate tried to contact me -- and

13  I don't question Mr. Monserrate's representation because

14  I believe he is an honorable person.  I am complaining

15  more a lag of eight months in reviewing the inventory and

16  making some efforts to review the evidence which has been

17  available to counsel.  Since it is the first time up for

18  the case at trial and if the Court feels that a limited

19  continuance is in order, I would ask Your Honor that you

20  set strict guidelines of the review process for this

21  evidence.  I would object to a long continuance date.

22       THE COURT:  Let me think about these things.

23       MR. CEREZO:  I would like to revisit -- since I

24  join Mr. Rebollo's motion -- the one that prompted you to

25  instruct the prosecutor to make available the motion.

00071

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

     Plaintiff,                   Criminal No. 95-251 (JAF)

     v.

DANIEL PANIAGUA-RAMOS,

     Defendant.

- - - - - - - - - - - - - - - - - - - - -

## O R D E R

The motion to withdraw as counsel of record, filed as an Informative Motion by Joaquín Monserrate-Matienzo, Esq., on June 23, 1998, Docket Document No. 189, is reluctantly granted.

Mr. Monserrate-Matienzo more than competently represented Mr. Paniagua-Ramos in this matter during the first trial and on appeal and one cannot easily fathom why he withdraws at this critical juncture. The court surmises that this unfortunate development may be connected to the recent imposition of sanctions in Criminal No. 97-091. Irrespective of whether that is so, Mr. Monserrate-Matienzo is reapprised of this court's respect and admiration for his professional abilities and his continued dedication to the cause of criminal defense. The court looks forward to his future participation in other cases.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 3rd day of July, 1998.

JOSE ANTONIO FUSTE
U. S. District Judge